IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-46-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ALLOWING MOTION TO |
| | ) | RELEASE SEALED MATERIALS |
| VS. | ) | TO PRINTER |
| | ) | |
| | ) | |
| MOYA VANTION MOORE, | ) | |

The Motion to Release Sealed Material to the Printer filed by the Defendant, to wit the pre-sentence report and Statement of Reasons, is hereby ALLOWED.

This the ___ day of December, 2011.

_____
The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District North Carolina